UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ashraf Farhan Husny SULAIMAN,<br><br>Petitioner,<br><br>v.<br><br>Kristi NOEM, et al.,<br><br>Respondents. | No. 5:25-cv-03475-PA-SSC<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING AND BRIEFING ON ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Hon. Percy Anderson<br>United States District Judge |

Having received and considered the parties' Joint Stipulation to Continue Hearing and Briefing on Order to Show Cause Re: Preliminary Injunction, the Court grants the Stipulation and orders as follows:

1. The hearing on the order to show cause is continued from December 31, 2025 to January 14, 2026, at 1:30 p.m.;
2. The Respondents' response to the Order to Show Cause re: Preliminary Injunction shall be filed by January 2, 2026;
3. Petitioner's reply shall be filed by January 9, 2026; and
4. The Court's TRO is extended and remains in effect until the hearing on January 14, 2026.

Dated: December 30, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

Presented by:

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

 /s/ Daniel A. Beck
DANIEL A. BECK
Assistant United States Attorney

Attorneys for Federal Respondents

1