UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ASHRAF FARHAN HUSNY SULAIMAN,

                Petitioner,

      v.

KRISTI NOEM, et al.,

                Respondents.

Case No. 5:25-cv-03475-PA-SSC

JUDGMENT

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that:

    (1)    Petitioner's motion for leave to amend (ECF 27) is denied;

    (2)    Petitioner's first amended petition (ECF 19) is granted in part and denied in part; and

    (3)    Respondents are enjoined from removing Petitioner to a third country, *i.e.*, a country other than the country designated as the country of removal in Petitioner's final order of removal (Palestine), without written notice provided to Petitioner and his counsel in a language the Petitioner can understand, of the third country to which Petitioner may be removed.  Following notice, Petitioner must be given a meaningful opportunity to raise a fear-based claim for withholding of

removal or protection under the Convention Against Torture prior to removal. If Petitioner demonstrates "reasonable fear" of removal to the third country, Respondents must move to reopen Petitioner's removal proceedings. If Petitioner is not found to have demonstrated a "reasonable fear" of removal to the third country, Respondents must provide a meaningful opportunity, and a minimum of fifteen (15) days, for Petitioner to seek reopening of his immigration proceedings.

DATED: May 15, 2026

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE